UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80627-CIV-DIMITROULEAS

LINDA DYE, as an individual and on behalf
of all others similarly situated,

Magistrate Judge Snow

    Plaintiff,

vs.

BODACIOUS FOOD COMPANY,
a Georgia corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 20] (the "Stipulation"), filed herein on March 5, 2015. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 20] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 5th day of March 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record